UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| In Re: | Case No. 20-80841 |
|---|---|
| Patricia C Oellig,<br>And attached list of cases | Chapter 13 |
| | Honorable Thomas M. Lynch |
| Debtor. | |

**AGREED SUBSTITUTION OF ATTORNEY**

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, ATTORNEY AMANDA J. WIESE currently with Heavner, Beyers & Mihlar, LLC hereby agrees that ATTORNEY HEATHER M. GIANNINO of Heavner, Beyers & Mihlar, LLC hereby substitutes in and appears as counsel for various Creditors in the case above and in the attached list of cases and AMANDA J. WIESE currently of Heavner, Beyers & Mihlar, LLC withdraws her appearance from the case above and in the attached list of cases and the parties agree as follows:

| COUNSEL SUBSTITUTING<br>AND APPEARING: | COUNSEL<br>WITHDRAWING |
|---|---|
| **Heather M. Giannino** | **Amanda J. Wiese** |
| **Heavner, Beyers & Mihlar, LLC** | **Heavner, Beyers & Mihlar, LLC** |
| **P.O. Box 740** | **P.O. Box 740** |
| **Decatur, IL 62525** | **Decatur, IL 62525** |
| **Email: bankruptcy@hsbattys.com** | **Email: bankruptcy@hsbattys.com** |
| **Telephone: (217) 422-1719** | **Telephone: (217) 422-1719** |
| **Facsimile: (217) 422-1754** | **Facsimile: (217) 422-1754** |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

**AGREED TO BY BOTH PARTIES:**

| | |
|---|---|
| */s/ Heather M. Giannino* | */s/ Amanda J. Wiese* |
| Heather M. Giannino | Amanda J. Wiese |
| | |
| Dated: June 25, 2021 | Respectfully Submitted, |
| | |
| | */s/ Heather M. Giannino* |
| | Heather M. Giannino |
| | Counsel for Creditor |

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

**LIST OF CASES IN WHICH HEATHER M. GIANNINO IS SUBSTITUTING FOR AMANDA J. WIESE AND FOR WHICH AMANDA J. WIESE IS WITHDRAWING AS COUNSEL**

| Case Number | Case Title |
|---|---|
| 20-80841 | Oellig, Patricia |
| 20-81169 | Demirov, Jason and Rebecca A. |
| 20-81984 | Tidwell, Martha |
| 21-00141 | Jucius, Joseph |
| 21-00294 | Martinez, Helmer & Betty |
| 21-00435 | Lewicki, Daniel & Deborah |
| 21-01352 | Degeorge, Michael |
| 21-02048 | Benarroch, Jodi |
| 21-02071 | Garing, Josefa & Arnold |
| 21-02169 | Kulikova, Anna |
| 21-02541 | Fiorentino, Benjamin & Maria |
| 21-02568 | Wehrs, David & Lorrie |
| 21-02572 | Arndt, Justin & Gothelf, Marlene & Jerome |
| 21-02579 | Mccray, Lisa & Cornell |
| 21-02751 | Barajas, Viviana |
| 21-03196 | Lauing, Richard |
| 21-03735 | Forillo, Megan & Hamilton, Dustin |
| 21-04067 | Cummings, Shawn J & Alma M |
| 21-04479 | Ewing, Barbara |
| 21-04661 | Jankowski, Keith |
| 21-04965 | Hill, Terrence |
| 21-05279 | Bayes, William |
| 21-05469 | Rodriguez, Jazmin & Gomez, Tony |
| 21-05506 | Morales, Mario & Mariadelcarmen |
| 21-05584 | Burton, Todd |
| 21-05789 | Mcfadden, Antonio |
| 21-06249 | Sales, Steven |
| 21-06585 | Hoedemaker, Janine |
| 21-06759 | Harrington, Roosevelt |
| 21-06869 | Trejo Jr, Ignacio & Luna, Tracy |
| 21-80152 | Decker, Samantha |
| 21-80223 | Zellers, Casey |
| 21-80237 | Adamson, Shirley |
| 21-80239 | Jaime, Lourdes F |
| 21-80674 | Huston, John and Karen |